UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO: 3:12-430 |
| | ) | |
| VS | ) | |
| | ) | **VERDICT** |
| Mark William Baker | ) | |
| a/k/a Lightning | ) | |
| | ) | |

WE, THE JURY, following due deliberations in the above matter, unanimously return the following verdict:

## Count 1 (RICO)

1. As to Count 1, we unanimously find the defendant, Mark William Baker a/k/a Lightning

    ✓ Not Guilty

    ___ Guilty

1a. We unanimously find the defendant, Mark William Baker a/k/a Lightning committed Racketeering Act 1

    ___ No

    ✓ Yes

1

*United States v. Mark Baker a/k/a Lightning*
D.S.C. Cr. No. 3:12-430
Page 2

1b.    We unanimously find the defendant, Mark William Baker a/k/a Lightning committed, or caused, or aided and abetted the commission of Racketeering Act 31

       ✓ No

       ___ Yes

1c.    We unanimously find the defendant, Mark William Baker a/k/a Lightning committed Racketeering Act 45

       ___ No

       ✓ Yes

## Count 2 (RICO Conspiracy)

2.    As to Count 2, we unanimously find the defendant, Mark William Baker a/k/a Lightning

       ___ Not Guilty

       ✓ Guilty

2a.    We unanimously find that Mark William Baker a/k/a Lightning agreed the predicate racketeering activity that would be or was committed with respect to Count 2 included Hobbs Act Robbery(s) (18 U.S.C. § 1951)

       ___ None

       ___ One racketeering act

       ✓ Two or more racketeering acts

*United States v. Mark Baker a/k/a Lightning*
*D.S.C. Cr. No. 3:12-430*
*Page 3*

    2b.    We unanimously find that Mark William Baker a/k/a Lightning agreed the predicate racketeering activity that would be or was committed with respect to Count 2 included Money Laundering(s) (18 U.S.C. § 1956(a)(3)(B))

    _____ None

    _____ One racketeering act

    \_\_✓\_\_\_\_\_ Two or more racketeering acts

    2c.    We unanimously find that Mark William Baker a/k/a Lightning agreed the predicate racketeering activity that would be or was committed with respect to Count 2 included Drug Trafficking(s) (21 U.S.C. § 841)

    _____ None

    _____ One racketeering act

    \_\_✓\_\_\_\_\_ Two or more racketeering acts

    2d.    We unanimously find that Mark William Baker a/k/a Lightning agreed the predicate racketeering activity that would be or was committed with respect to Count 2 included Drug Conspiracy (21 U.S.C. § 846)

    _____ None



    \_\_✓\_\_\_\_\_ One racketeering act

3

*United States v. Mark Baker a/k/a Lightning*
*D.S.C. Cr. No. 3:12-430*
*Page 4*

### Count 3 (Conspiracy to Possess With Intent to Distribute and/or to Distribute Cocaine, Methamphetamine, Oxycodone, and/or Hydrocodone)

3. As to Count 3, we unanimously find the defendant, Mark William Baker a/k/a Lightning



_____ Not Guilty

✓ Guilty

### Count 34 (Narcotics Distribution)

4. As to Count 34, we unanimously find the defendant, Mark William Baker a/k/a Lightning



✓ Not Guilty

_____ Guilty

### Count 35 (Possession of a Firearm in Furtherance of Drug Trafficking and/or a Crime of Violence)

5. As to Count 35, we unanimously find the defendant, Mark William Baker a/k/a Lightning



✓ Not Guilty

_____ Guilty

4

*United States v. Mark Baker a/k/a Lightning*
*D.S.C. Cr. No. 3:12-430*
*Page 5*

## Count 55 (Money Laundering)

5. As to Count 55, we unanimously find the defendant, Mark William Baker a/k/a Lightning

_____ Not Guilty

\_\_\_✓\_\_\_ Guilty

## Count 57 (Dealing Firearms Without License)

6. As to Count 57, we unanimously find the defendant, Mark William Baker a/k/a Lightning

\_\_\_✓\_\_\_ Not Guilty

_____ Guilty



Foreperson

March **14**, 2013
Columbia, South Carolina

5